UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


THOMAS AND MELISSA SCHAFF                    CIVIL ACTION


VERSUS                                       NO. 06-7813


FIDELITY AND DEPOSIT COMPANY                 SECTION "F"
OF MARYLAND

<u>ORDER AND REASONS</u>

Before the Court is the defendant's request for oral argument on its motion to dismiss.  The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1.    There is a need for an evidentiary hearing.

2.    The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3.    The motion or opposition papers argue for a change in existing law.

4.    The motion or opposition papers implicate a constitutional issue.

5.    The case itself is of widespread community interest.

1

Because the motion does not involve any of the above factors,

IT IS ORDERED:  The defendant's request for oral argument on its motion to dismiss is DENIED.

New Orleans, Louisiana, July 25, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE